IN THE MIDDLE DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
TAMPA DIVISION

DIONY NUNEZ,

    Plaintiff,

vs.                                CASE NO.: _____

STARBUCKS COFFEE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DIONY NUNEZ, by and through his undersigned attorneys, hereby sues the Defendant, STARBUCKS COFFEE COMPANY, a foreign corporation and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

2. Venue lies within the United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Plaintiff, DIONY NUNEZ, is a resident of Pinellas County, Florida.

4. Defendant, STARBUCKS COFFEE COMPANY, is a Florida corporation, licensed and authorized to conduct business in the State of Florida and doing business within this Judicial District.

5. Defendant, STARBUCKS COFFEE COMPANY, is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## GENERAL ALLEGATIONS

6. At all times material, Defendant, STARBUCKS COFFEE COMPANY, acted with malice and with reckless disregard for Plaintiff's Federal and State protected rights.

7. At all times material, Plaintiff was qualified to perform his job duties within the legitimate expectations of his employer.

8. Plaintiff has been required to retain the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

9. Plaintiff requests a jury trial for all issues so triable.

## FACTS

10. Plaintiff began his employment with Starbucks Coffee Company, on or around January 22, 2007, as a Barista and promoted in July 2007 to Shift Supervisor.

11. In or around February 2012, Plaintiff received Partner of the Quarter, a district accolade.

12. In February 2012, Plaintiff applied for an Assistant Manager position and was transferred to a high-volume store at Clearwater Mall for training.

13. However, due to the high-volume at the new location, Plaintiff was not provided training by his new manager, Kelli Johnson, a white female.

14. Plaintiff shadowed Manager, Kelli Johnson to a district meeting hosted by District Manager, Patrick Cunningham, a white male and noticed that the majority of store managers were blonde haired, blue eyed females.

15. Approximately three to six months later, Plaintiff had his second interview with District Manager, Patrick Cunningham and Store Manager, Kelli Johnson for promotion.

16. A couple of months later, Plaintiff was turned down for the promotion.

17. During this time, Plaintiff trained a recently promoted Assistant Manager, Lauren Lopedito, a white female, while continuing to train promoted employees for their Assistant Manager title.

18. District Manager, Patrick Cunningham suggested a "Floating Shift Supervisor" title to Plaintiff to continue training Shift Supervisors for Assistant Store Manager positions.

19. On one occasion, Plaintiff attended a district Shift Supervisor meeting where he was compared to a Colombian coffee farmer by District Manager, Patrick Cunningham, during a video presentation.

20. On or around May 2013, Plaintiff was transferred to the Starbuck's location at Countryside Mall. His new manager, Jill Farrington, was a white female.

21. During his time at the Countryside location, Plaintiff excelled and received positive evaluations. When Manager Jill Farrington was absent, Plaintiff was regularly left in charge as the store manager.

22. Throughout the years, Plaintiff continued to receive positive evaluations and routinely trained employees for promotions to Assist Managers.

23. In 2016, Plaintiff trained a co-worker, Emily Renken, a white female, as a Shift Supervisor. In 2019, Ms. Renken was promoted to Assistant Manager.

24. In 2019, Manager, Jill Farrington separated from the company and instead of offering Plaintiff a promotion, the Defendant promoted two white females, Ashley and Porsha, and a white male, Connor to Assistant Manager positions.

25. In or around December 2019, Plaintiff again interviewed for an Assistant Store Manager position and was passed over.

26. In February 2019, Plaintiff, after years of being denied promotional opportunities despite training multiple less qualified individuals who received such promotions was constructively discharged.

## COUNT I
## 42 U.S.C. § 1981 DISCRIMINATION

27. Plaintiff realleges and adopts the allegations stated in Paragraphs 1 – 26.

28. Plaintiff is a Hispanic male.

29. By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of his race in violation of 42 U.S.C. § 1981, for which Defendant is liable.

30. Defendant knew, or should have known of the discrimination.

31. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer the following damages:

a. Back pay and benefits;

b. Interest on back pay and benefits;

c. Front pay and benefits;

d. Compensatory damages for emotion pain and suffering;

e. Punitive damages;

f. For costs and attorney's fees;

g. Injunctive relief;

h. For any other relief, this Court deems just and equitable.

**WHEREFORE,** Plaintiff, DIONY NUNEZ, demands a trial by jury and judgment against Defendant, STARBUCKS COFFEE COMPANY, for damages as described above, and for such other and further relief to which Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

32. Plaintiff, DIONY NUNEZ, requests a jury trial on all issues so triable.

**DATED** this 10th day of June 2021.

                      **FLORIN GRAY BOUZAS OWENS, LLC**

                      */s/Christopher D. Gray*
                      **CHRISTOPHER D. GRAY, ESQUIRE**
                      Florida Bar No.: 902004
                      Primary: chris@fgbolaw.com
                      Secondary: debbie@fgbolaw.com

**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
Attorneys for Plaintiff